# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVE E. LAUREANO**, <br><br> Plaintiff, <br><br> v. <br><br> **ANDREW SAUL,** *Commissioner, Security Administration*, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-00919-KSM |

## ORDER

**AND NOW**, this the 30th day of June, 2021, upon consideration of Plaintiff Steve E. Laureano's Motion for Summary Judgment and Request for Review and Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), Defendant Andrew Saul, Commissioner of Social Security's Response thereto (Doc. No. 14), and Plaintiff's reply (Doc. No. 15), and after reviewing the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 16), Plaintiff's Objections thereto (Doc. No. 17), and Defendant's responses (Doc. No. 18), along with the record in this case, **IT IS SO ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

2. Mr. Laureano's Objections to the Report and Recommendation are **OVERRULED**;

3. Mr. Laureano's Motion for Summary Judgment and Request for Review are **DENIED**.

The Clerk of Court is directed to mark the above-captioned matter as **CLOSED** for statistical purposes.

/s/ *Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.